*Visconti,* for petitioner. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General, *Seth Adam Perlmatter,* Legal Assistant, *Hersh, Leonard & Fenik, R. Gregory Leonard,* Morristown, N.J., *Francis A. Gashen,* for defendants.

M. P. No. 76-311. STATEWIDE MULTIPLE LISTING SERVICE, INC. *v.* JOHN H. NORBERG. Petition for writ of certiorari granted and petition shall issue forthwith. *DeSimone, Del Sesto & Del Sesto, Gregory T. Del Sesto, Bruce A. Leach,* for plaintiff-respondent. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer (Taxation), for defendant-petitioner.

M. P. No. 76-312. TOWN OF NARRAGANSETT *v.* INTERNATIONAL ASSOCIATION OF FIREFIGHTERS, AFL-CIO, LOCAL 1589. Petition for writ of certiorari granted and writ shall issue forthwith. The parties are directed to brief the issue, among other issues in the case, as to whether the members of the Arbitration Board are necessary parties to this petition. *James O. Watts,* Solicitor, *James E. McGwin,* Assistant Solicitor, for petitioner. *Hogan & Hogan, Thomas S. Hogan,* for respondent.

M. P. No. 76-316. DEBORAH P. CUTCLIFFE *v.* MACK CONSTRUCTION COMPANY. Petition for writ of certiorari denied. *Swan, Jenckes, Asquith & David, Conrad M. Cutcliffe,* for plaintiff-respondent. *Francis R. Foley,* for defendant-petitioner.

M. P. No. 76-322. NORMAN J. JACQUES *v.* JOHN J. MCLAUGHLIN. Petition for writ of certiorari denied. *Martin Malinou,* for petitioner. *Abedon & Visconti Ltd., Girard R. Visconti,* for respondent.

C. A. No. 73-33. STATE *v.* LEO JOSEPH DESROCHES. Motion of State to dismiss the appeal of the defendant and defendant's counsel's motion to withdraw as counsel for the defendant are assigned to the calendar for oral argument on October 12, 1976 at 9:30 a.m. The defendant is ordered to appear on said date